# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BABATUNDE PEDRO ) | 1:14-cr-00050-01-06-PB |
| CHIEMEKA IHEBOM ) | |
| KAYODE ADEGOKE ) | |
| ALMAROOF YUSUF ) | |
| RAHEEM YUSUF ) | |
| RODRIGUE PAYEN ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(Bank Fraud; 18 U.S.C. §1344)

1. From a date uncertain but from on or about July 22, 2013 to on or about February 12, 2014, the defendants, **Babatunde Pedro, Chiemeka Ihebom, Kayode Adegoke, Almaroof Yusuf, Raheem Yusuf and Rodrigue Payen,** devised a scheme, (a) to knowingly and willfully defraud one or more financial institutions, including NTB Bank, Peoples United Bank, Citizens Bank, and Triangle Credit Union, all in New Hampshire and each of which had its deposits insured by the Federal Deposit Insurance Corporation (known as the FDIC) or the National Credit Union Share Insurance Fund, administered by the National Credit Union Administration (known as the NCUA) and, (b) to knowingly and willfully obtain money (U.S. currency) under the care, custody and control of said financial institutions by means of materially false and fraudulent pretenses.

2. It was part of the scheme that the defendants, **Babatunde Pedro, Chiemeka Ihebom, Kayode Adegoke, Almaroof Yusuf, Raheem Yusuf and Rodrigue Payen**, intended to use white plastic cards, which they believed were encoded with bank account information, to make

fraudulent withdrawals of cash from Automated Teller Machines (ATMs) of financial institutions in New Hampshire.

      3. From a date uncertain but from on or about July 22, 2013 to on or about February 12, 2014, in the District of New Hampshire and elsewhere, the defendants, **Babatunde Pedro, Chiemeka Ihebom, Kayode Adegoke, Almaroof Yusuf, Raheem Yusuf and Rodrigue Payen**, knowingly and willfully executed, and attempted to execute, the scheme to defraud, as set forth above, in that, at the direction of defendant **Babatunde Pedro**, defendants **Chiemeka Ihebom, Kayode Adegoke, Almaroof Yusuf, Raheem Yusuf and Rodrigue Payen** drove from the New York metropolitan area to Manchester, New Hampshire, obtained white plastic cards, which they believed were encoded with bank account information, and traveled to ATMs of federally insured financial institutions in Manchester, New Hampshire to obtain money (U.S. currency) by using the white plastic cards at the ATMs to fraudulently withdraw cash from the ATMs of said financial institution.

      In violation of Title 18, Sections 1344 and 2 of the United States Code.

## COUNT TWO
(Conspiracy to Commit Bank Fraud; 18 U.S.C. §§ 371 & 1344)

4. The allegations set forth in paragraphs 1 through 3 of this Superseding Indictment are re-alleged and incorporated as if set forth here.

5. From a date uncertain but on or about February 7, 2014 to on or about February 12, 2014, in the District of New Hampshire and elsewhere, the defendants, **Babatunde Pedro, Chiemeka Ihebom, Kayode Adegoke, Almaroof Yusuf, Raheem Yusuf and Rodrigue Payen** knowingly and intentionally combined, conspired, and agreed with one and other, to commit an offense under Title 18, United States Code, Section 1344, Bank Fraud, in that they combined, conspired and agreed with each other to devise a scheme, (a) to knowingly and willfully defraud financial institutions, including NTB Bank, Peoples United Bank, Citizens Bank, and Triangle Credit Union in Manchester, New Hampshire, each of which respectively had its deposits insured by the Federal Deposit Insurance Corporation (known as the FDIC) or the National Credit Union Share Insurance Fund, administered by the National Credit Union Administration (known as the NCUA), and, (b) to knowingly and willfully obtain money (U.S. currency) under the care, custody and control of said financial institutions by means of materially false and fraudulent pretenses.

6. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of New Hampshire and elsewhere:

a) On or about February 11, 2014 defendants **Chiemeka Ihebom, Kayode Adegoke, Almaroof Yusuf, Raheem Yusuf and Rodrigue Payen** drove from the New York metropolitan area to the Hilton Garden Inn Hotel in Manchester, New Hampshire;

b) On or about February 12, 2014, defendant **Chiemeka Ihebom** retrieved a package from the front desk of the Hilton Garden Inn Hotel in Manchester, New Hampshire containing approximately 250 white plastic cards similar in shape and appearance to ATM cards;

c) On or about February 12, 2014 **Chiemeka Ihebom** traveled to an NTB Bank ATM located at 80 Canal Street in Manchester, NH to obtain cash from that ATM using one or more of the white plastic cards referenced above.

d) On or about February 12, 2014 **Kayode Adegoke** traveled to a Triangle Credit Union ATM located at 257 Elm Street in Manchester, NH to obtain cash from that ATM using one or more of the white plastic cards referenced above.

e) On or about February 12, 2014 **Almaroof Yusuf** traveled to a Citizens Bank ATM located at 875 Elm Street in Manchester, NH to obtain cash from that ATM using one or more of the white plastic cards referenced above.

f) On or about February 12, 2014 **Raheem Yusuf** traveled to a Peoples United Bank ATM located at 1750 Elm Street in Manchester, NH to obtain cash from that ATM using one or more of the white plastic cards referenced above.

g) On or about February 12, 2014 **Rodrigue Payen** traveled to a Peoples United Bank ATM located at 779 South Main Street in Manchester, NH to obtain cash from that ATM using one or more of the white plastic cards referenced above.

In violation of Title 18, United States Code, Sections 371 and 1344.

June 25, 2014

                                                        TRUE BILL

                                                  /s/ Foreperson
                                                  Grand Jury Foreperson

        John P. Kacavas
        United States Attorney

By:  /s/ Arnold H. Huftalen
        Arnold H. Huftalen
        Assistant U.S. Attorney