UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                  Cr. No. 14-50-PB

Raheem Yusuf

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, a Superseding Indictment against the above-named defendant having been filed in the above-entitled cause on the 25th day of June, 2014.

This 25th day of June, 2014.

                                            JOHN P. KACAVAS
                                          United States Attorney

                                          /s/ Arnold H. Huftalen
                                          Arnold H. Huftalen
                                          Assistant U.S. Attorney

SUMMONS ISSUED: _____