U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 07 2014

**FILED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.

Criminal Case No. 14-CR-50-PB

<u>RAHEEM YUSUF</u>

## WAIVER OF DEFENDANT'S APPEARANCE
## AT ARRAIGNMENT

I, Raheem Yusuf, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 07/3/14

Defendant

Date: 7/3/14

Counsel for Defendant

**WAIVER APPROVED.**

Date: 7/7/14

☒ United States Magistrate Judge
☐ United States District Judge

Copies to:
U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)