AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
U.S. MARSHAL
CONCORD, NH

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

2014 JUN 26  PM 3 47

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No. 14-50-PB |
| Raheem Yusuf | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| | |
|---|---|
| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: B |
| | Date and Time: 10:00 AM<br>July 8, 2014 |

This offense is briefly described as follows:

Bank Fraud; Conspiracy to Commit Bank Fraud

Date:  JUNE 26, 2014

V. S. P. Negron
*Issuing officer's signature*

VINCENT L. NEGRON, DEPUTY
*Printed name and title*   CLERK

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:  6/27/14

*Server's signature*

Jamie Berry DUSM
*Printed name and title*

ᴖᴖ     Ｏ 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 14-50-PB

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:        Paul J. Garrity    603-437-6472

Last known residence:        Garrity Law Office

14 Londonderry Rd

Londonderry, NH 03053

Usual place of abode *(if different)*    603 434-4106

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)*    6/27/14    .

◻ I personally served the summons on this defendant    at

*(place)*    on *(date)*    ; or

◻ On *(date)*    I left the summons at the individual's residence or usual place of abode

with *(name)*    , a person of suitable age and discretion who resides

there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)*    Paul Garrity    via fax ,

who is authorized to receive service of process on behalf of *(name of organization)*    Raheen Yusuf

on *(date)*    6/27/14    and I mailed a copy to

the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

◻ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned:    6/27/14

*Server's signature*

Jamie Berry Disu

*Printed name and title*

Remarks: