```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                                  Case No. 14-cr-50-PB

<u>Kayode Adegoke, et al.</u>

**O R D E R**

    The defendant has moved through counsel to continue the trial in the above case, citing scheduling conflicts with the September 3, 2014 trial date.  The government and co-defendants do not object to a continuance of the trial to October.

    Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from September 3, 2014 to October 21, 2014.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2014 final pretrial conference is continued to September 29, 2014 at 2:30 p.m.  No further continuances.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 18, 2014

cc:  Benjamin L. Falkner, Esq.
     Bjorn Lange, Esq.
     Mark Howard, Esq.
     Glenn Geiger, Esq.
     Paul Garrity, Esq.
     Roger Chadwick, Jr., Esq.
     Arnold Huftalen, AUSA
     United States Marshal
     United States Probation