```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 14-cr-50-PB

**Kayode Adegoke, et al.**

### O R D E R

The clerk shall set a hearing on the motions to sever (Doc. Nos. 72, 73). The government shall identify at the hearing any statement by any co-defendant that it intends to use at trial in its case in chief. To the extent that the government contends that redactions can be made to a statement to avoid unfair prejudice to the defendant, the government shall also identify all redactions it proposes to make.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

September 11, 2014

```
cc:  Benjamin L. Faulkner, Esq.
     Roger Chadwick, Jr., Esq.
     Paul Garrity, Esq.
     Glenn Geiger, Esq.
     Mark Howard, Esq.
     Bjorn Lange, Esq.
     Arnold Huftalen, AUSA
     United States Marshal
     United States Probation
```